UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VINCENT PATTERSON,** | : | |
| | : | |
| Petitioner | : | CIVIL NO. 1:16-CV-02032 |
| | : | |
| vs. | : | |
| | : | |
| **COMMONWEALTH OF** | : | (Judge Rambo) |
| **PENNSYLVANIA, et al.,** | : | |
| | : | |
| Respondents | : | |

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Patterson's petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice.

2. The Clerk of Court shall close this case.

3. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

                               _s/Sylvia Rambo_
                               SYLVIA H. RAMBO
                               United States District Judge

Dated: December 19, 2016